# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 17 CV 7930

Date Filed: _____

Plaintiff:
**S. KATZMAN PRODUCE, INC. AND KATZMAN BERRY CORP.,**

vs.

Defendant:
**JAT BEVERAGE INC. T/A JAT PRODUCE, STARLIGHT FOOD SERVICE INC. T/A JAT PRODUCE, ARIEL L. TEJADA AND DANIEL E. TEJADA,**

For:
GREGORY BROWN
MCCARRON & DIESS
707 WALT WHITMAN ROAD
2ND FL
MELVILLE, NY 11747

Received by Direct Process Server LLC on the 20th day of December, 2017 at 3:11 pm to be served on **ARIEL TEJADA, 21120 46TH AVENUE APARTMENT 1, BAYSIDE, NY 11361**.

I, Leslie Nielsen, do hereby affirm that on the **20th day of December, 2017** at **7:20 pm, I:**

**Served ARIEL TEJADA INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **MEMORANDUM ORDER AND LETTER** at the date and hour of service endorsed above thereon by me, to: **ARIEL TEJADA** at the address of: **21120 46TH AVENUE APARTMENT 1, BAYSIDE, NY 11361**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 175, Hair: Black, Glasses: N



## RETURN OF SERVICE For 17 CV 7930

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: 12/21/17
Date

Leslie Nielsen

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2017003159

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i